MATTHEW A. MENSIK, WSBA #44260
Email: mam@rnwlg.com
RIVERSIDE NW LAW GROUP, PLLC
905 W. Riverside Ave, Suite 208
Spokane, WA 99201
Telephone: (206) 949-3540

Attorneys for Creditors Ted & Linda Cole

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Eric Ross Young<br>(Debtor)<br><br>Susan Linette Young<br>(Joint Debtor) | Case No. 25-01029-FPC7<br><br>Adversary No. 25-80037-FPC<br><br>**NOTICE OF APPEARANCE** |

To: CLERK OF THE COURT

And To: ERIC & SUSAN YOUNG

PLEASE TAKE NOTICE that attorney Matthew A. Mensik of Riverside NW Law Group, PLLC hereby appears in the above-titled adversary action as counsel for Creditors Ted & Linda Cole (collectively, "the Coles"). All further service, papers, and proceedings in this case should be served upon counsel at the below

TED & LINDA COLE'S STATEMENT REGARDING REMOVAL PURSUANT TO FRCP 9027(E)(3) - 1

Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

25-80037-FPC   Doc 10   Filed 10/07/25   Entered 10/07/25 10:16:33   Pg 1 of 3

address.

Dated October 7, 2025                RIVERSIDE NW LAW GROUP, PLLC

BY: */s/ Matthew S. Mensik*
Mathew A. Mensik, WSBA 44260
905 W. Riverside Ave. Ste. 208
Spokane, WA 99201
Telephone: (206) 949-3540
Email: mam@rnwlg.com

TED & LINDA COLE'S STATEMENT REGARDING REMOVAL PURSUANT TO FRCP 9027(E)(3) - 2

Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

25-80037-FPC    Doc 10    Filed 10/07/25    Entered 10/07/25 10:16:33    Pg 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following individuals. Further, a copy of the foregoing was also mailed and emailed to the following individuals.

*Via CM/ECF and first class mail:*
Eric and Susanann Young
12402 N. Division St #167
Spokane, WA 99218
*Pro Se Defendants*

*And via email:*
eyoung-encrypt@pm.me
jaegersmum@proton.me

Dated this 7th day of October, 2025.

*Matthew Mensik*
_____
Matthew A. Mensik

TED & LINDA COLE'S STATEMENT REGARDING REMOVAL PURSUANT TO FRCP 9027(E)(3) - 3

Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

25-80037-FPC   Doc 10   Filed 10/07/25   Entered 10/07/25 10:16:33   Pg 3 of 3