MATTHEW A. MENSIK, WSBA #44260
Email: mam@rnwlg.com
RIVERSIDE NW LAW GROUP, PLLC
905 W. Riverside Ave, Suite 208
Spokane, WA 99201
Telephone: (206) 949-3540

Attorneys for Creditors Ted & Linda Cole

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Eric Ross Young<br>(Debtor)<br><br>Susan Linette Young<br>(Joint Debtor) | Case No. 25-01029-FPC7<br><br>Adversary No. 25-80037-FPC<br><br>**TED & LINDA COLE'S STATEMENT REGARDING REMOVAL PURSUANT TO FRCP 9027(e)(3)** |

Ted & Linda Cole (collectively, "the Coles"), creditors of Debtors Eric Young and Susan Young ("Debtors"), provide the following statement pursuant to FRCP 9027(e)(3) regarding the Debtor's Notice of Removal, ECF 1:

The Coles do not consent to the bankruptcy court's entry of a final order or judgment. The case the Debtors seek to remove, *Cole v Young*, Spokane County

TED & LINDA COLE'S STATEMENT REGARDING
REMOVAL PURSUANT TO FRCP 9027(E)(3) - 1

Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

25-80037-FPC   Doc 11   Filed 10/08/25   Entered 10/08/25 13:45:09   Pg 1 of 3

Superior Court, Case No. 23-2-04734-32 ("State Court Case"), was already tried before Honorable Judge High-Edward on January 13-16, 2025. Following trial, Judge High-Edwards found that the Debtors converted over $362,000 of the Coles' monies.

The Coles will be filing a motion for remand.

This statement was originally filed on September 22, 2025, in in main case, 25-80038-FPC, as ECF No. 41.

Dated October 8, 2025    RIVERSIDE NW LAW GROUP, PLLC

            BY: */s/ Matthew S. Mensik*
            Mathew A. Mensik, WSBA 44260
            905 W. Riverside Ave. Ste. 208
            Spokane, WA 99201
            Telephone: (206) 949-3540
            Email: mam@rnwlg.com

TED & LINDA COLE'S STATEMENT REGARDING REMOVAL PURSUANT TO FRCP 9027(E)(3) - 2



Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

25-80037-FPC  Doc 11  Filed 10/08/25  Entered 10/08/25 13:45:09  Pg 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following individuals. Further, a copy of the foregoing was also mailed and emailed to the following individuals.

*Via CM/ECF and first class mail:*
Eric and Susanann Young
12402 N. Division St #167
Spokane, WA 99218
*Pro Se Defendants*

*And via email:*
eyoung-encrypt@pm.me
jaegersmum@proton.me

Dated this 8th day of October, 2025.

*Matthew Mensik*
Matthew A. Mensik

TED & LINDA COLE'S STATEMENT REGARDING REMOVAL PURSUANT TO FRCP 9027(E)(3) - 3

Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

25-80037-FPC    Doc 11    Filed 10/08/25    Entered 10/08/25 13:45:09    Pg 3 of 3