ADR Form 2 (8/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| In re: | ) | Case No. 25-01029-FPC7 |
| Eric Ross Young & Susan Linette Young | ) | |
| | ) | |
| Debtor(s) | ) | Adv. Proc. No. 25-80037-FPC |
| Ted & Linda Cole | ) | |
| | ) | **CERTIFICATE OF COMPLIANCE** |
| Plaintiff | ) | **WITH LBR 9019-2 (MEDIATION)** |
| Eric Ross Young & Susan Linette Young | ) | |
| | ) | |
| Defendant | ) | |

Pursuant to Local Bankruptcy Rule 9019-2, each party certifies that he or she considered mediation to resolve the dispute.

DATED: October 23, 2025

Matthew A. Mensik, counsel for Ted & Linda Cole

**Note**: This Certificate shall be filed by each party.

CERTIFICATE OF COMPLIANCE WITH LBR 9019-2 (MEDIATION)