1    "BY MS. YOUNG:

2    Q.  Please follow along.  Declaration Page 2, Item number 3, starting on Line, it looks like, 11.

3    Ted and I made a telephone call to Old West Federal Credit Union to arrange the wire transfer

4    and were told we had to be physically in the branch to make the transfer.  During the phone call,

5    Eric, in the background, was insistent that the transfer needed to occur immediately.  During

6    this conversation, I told the credit union official that after the 180,000 was wired, I wanted to

7    transfer the remaining $62,314.62 in the account to a Chase bank account she held.  I also asked

8    the sum of $119,698.04"

9    A.  I never made that –"

10

11   "MS. YOUNG:  No.  I'm asking Plaintiff if she  recalls her testimony to Court.

12   THE DEPONENT:  This is, first of all, that Ted and I made a phone call.  This was supposed to

13   have been done the day we were on the call.  I never made a call, in the first place, to them.

14   This was an incoming call to me when I got to talking with them on the phone.  They called

15   them, not me.  They called them, and they connected me to the phone call with them.  I never

16   made that call, never initiated it.  It's an incoming call to me, and they were on the other line

17   with that company already.

18   BY MS. YOUNG:

19

20

21   EMERGENCY MOTION TO: - ADMIT EVIDENCE -          ERIC AND SUSAN YOUNG, PRO SE
     PRECLUDE MISLEADING STATEMENTS - ADDRESS                    12402 N Division St #167
22   PLAINTIFFS' CREDIBILITY FAILURES - AMENDED                     Spokane, WA 99218
     PAGE **66** OF **185**                                        PHONE (936-463-8411)
                                                                  eyoung-encrypt@pm.me
23                                                                jaegersmum@gmail.com

1  Q.  All right.  Ms. Cole, I'm going to refer you back up to Line number 11, where it says, Ted

2  and I made a telephone call. " I would think that's very clear.  That indicates you placed a call,

3  correct?

4  A.  All right. Are you speaking about the day that we were supposed to be doing this thing?

5  Q.  Ms. Cole, I'm asking if you recall the testimony you gave this Court.  It says quite clearly,

6  this is your…

7  … sworn declaration, on the last page there is a statement of oath, which you have signed, Page

8  4, I declare under penalty of perjury, under the laws of the State of Washington, that the

9  foregoing are true and correct." Dated the 6th day of November 2023, signed Linda J.· Cole.

10 Do you --

11 A. Okay.

12 Q.  -- or do you not recall --

13 A.   You're talking about --

14 THE REPORTER:  One at a time, please.

15 MR. YOUNG:· Go ahead.

16 THE DEPONENT:·  You're talking about a phone call that was made other than when we were

17 talking to Old West in the beginning about this?

18 BY MS. YOUNG:

19

20

21  EMERGENCY MOTION TO: - ADMIT EVIDENCE -
    PRECLUDE MISLEADING STATEMENTS - ADDRESS
22  PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
    PAGE 67 OF 185

23

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1   Q. No, Ms. Cole. I'm asking you to verify your sworn statement. It's as simple as that. This is

2   a yes or no question. You said, "Ted and I made a telephone call to Old West" is that correct?

3   MR. MENSIK:· Did you write that in the declaration?

4   THE DEPONENT:· I don't recall.

5   MR. MENSIK:· Well, it's in there."

6   "BY MS. YOUNG:

7   Q.  All right. Ms. Cole, did you write this declaration?

8   MR. MENSIK:  Is -- ma'am, did you sign this? This is your declaration, signed under oath?

9   THE DEPONENT:  Yeah, I did.

10  MR. MENSIK:· Yeah.

11  THE DEPONENT:· Yeah.· Uh-huh."

12  -- SOURCE:  DEPOSITION-LINDA-COLE-2024-11-06  pg 66, lines 6-25

13  DEPOSITION-LINDA-COLE-2024-11-06  pg 67, lines 1-23"

14  DEPOSITION-LINDA-COLE-2024-11-06  pg 68, lines 11-17

15  DEPOSITION-LINDA-COLE-2024-11-06  pg 156, lines 10-21

16

17

18

19

20

21

22

23

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **68** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

# EXHIBIT 1 - PART III of VI

## DEFENDANTS' CATALOG OF PLAINTIFFS DOCUMENTED

## FALSE STATEMENTS IN REQUESTS FOR ADMISSION AND

## CONTRADICTIONS OF SWORN TESTIMONY

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **69** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 10**

**I Did It…' (PLTF arranged $119k)**

**- VS -**

**'we became aware…'**


================================

**PLAINTIFFS' STATEMENT**


*Summary:*

Linda Cole's statement that she herself authorized the Credit Union to wire a sum of

$119,698.04 = fully 'aware'


(QUOTE)

"I also asked that the sum of $119,698.04, held in a

second Old West Federal Credit Union account, be transferred to my Chase account."

-- SOURCE: EX002 DECLARATION LINDA COLE-DFND-000004-000008, Pg: 2, Item: 3,

Line: 20

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

---------------------------------------------

**CONTRADICTION IN STATEMENT OR FACT**

Summary:

Plaintiff states she wasn't initially aware of the transfer of funds from her account; contradicts

statement on prior page

(QUOTE)

"After Ted and I became aware of the transfers of the funds our account, we contacted the

realtor handling the house purchase to at least make sure the realtor had instructions to place our

names on the house title as co-owners of the house."

-- SOURCE:  EX002 DECLARATION LINDA COLE-DFND-000004-000008, Pg: 3, Item: 5,

Line: 29

---------------------------------------------

ANALYSIS:  Clear and obvious contradiction within Plaintiffs' own testimony - no additional

evidence required.

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 11**

**PLTF Arranged $119**

**- VS -**

**'He [DFND] did it…'**


================================

**PLAINTIFFS' STATEMENT**


*Summary:*

Linda Cole's statement that she herself authorized the Credit Union to wire a sum of

$119,698.04


(QUOTE)

[PLTF]:"I also asked that the sum of $119,698.04, held in a second Old West Federal Credit

Union account, be transferred to my Chase account."

-- SOURCE:  EX002 DECLARATION LINDA COLE-DFND-000004-000008, Pg: 2, Item: 3,

Line: 20

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    ----------------------------------------------

2

3    **CONTRADICTION IN STATEMENT OR FACT**

4

5    Summary:

6    Plaintiff Linda Cole states without evidence that Defendant, Eric, called OWFCU and

7    "somehow" stole the $119k

8

9    (QUOTE)

10          OFFICER ESSEX:  And what -- what was the

11    top number for, four days later?  There's another

12    120

13          MS. COLE:  That's what -- that's what he

14    took out of -- see, he took --

15          OFFICER ESSEX:  Was --

16          MS. COLE:  -- one account first.

17          OFFICER ESSEX:  Yes, I --

18          MS. COLE:  And on another day, he went

19    back and did the other transaction and took

20    everything out of my other savings.

21

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1        OFFICER ESSEX:  So Old West --

2        MS. COLE:  Uh-huh.

3        OFFICER ESSEX:  -- got a phone call from him.

4        MS. COLE:  Apparently.

5        OFFICER ESSEX:  And they approved --

6        MS. SEVERNS:  We think --

7        MR. COLE:  Somehow.

8        MS. SEVERNS:  -- the daughter did it.

9 Acted like her.

10       MS. COLE:  I think so.

11       MS. SEVERNS:  That's what we think.

12 That's what we suspect happened it came out.

13       MR. COLE:  Because she's got -- she had   [transcription error, should be MS. COLE]

14 all my information.  She sounds sort of, more or

15 less, like me.

16       MS. SEVERNS:  And they were over the

17 phone.

18       MS. COLE:  They wouldn't have known the

19 difference.

20

21 EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
22 PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **74** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

23

-- SOURCE: EX007 BCPD TRANSCRIPT-DFND-000023-000170, Pg. 51, Line 15 to Pg. 52, line: 20

--------------------------------------------

ANALYSIS: Clear and obvious contradiction between Plaintiffs' own testimony to two different officers of the law, police, and the court, in two different states, both being asserted on the same day in an attempted 'blind-side attack' against Plaintiffs own family.

Plaintiff cannot cast multiple conflicting allegations of 'someone stole xyz' and expect to be taken seriously.

These and related contradictions render the fraud and conversion elements of this case and all related or incumbent material facts illegitimate, and therefore no dispute is possible."

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 12**

**PLTF Arranged Wires, Incl. $62K**

**- VS -**

**Deposition - 'No $62k wire'**


================================

**PLAINTIFFS' STATEMENT**


*Summary:*

Linda Cole states she made a phone call to OWFCU to arrange transfer of funds totaling

$362,052.66


(QUOTE)

"Ted and I made a telephone call to old West Federal Credit Union to arrange the wire transfer

and were told we had to be physically in the branch to make the transfer. During the phone call,

Eric, in the background, was

insistent that the transfer needed to occur immediately.

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **76** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

"During this conversation, I told the credit

union official that after the $180,000 was wired, I wanted to transfer the remaining $62,314.62 in

the account to a Chase Bank account she held."

"I also asked that the sum of $119,698.04, held in a second Old West Federal Credit Union

account, be transferred to my Chase account."

-- SOURCE:  EX002 DECLARATION LINDA COLE-DFND-000004-000008, Pg: 2, Item: 3,

Line: 11 - 18


---------------------------------------------


**CONTRADICTION IN STATEMENT OR FACT**


*Summary:*

Plaintiff AND her counselor repeatedly disrupted  deposition questions and evaded answering

regarding sworn statement describing a THIRD wire she supposedly requested, which would

conflict with her other testimony


(QUOTE)

// Plaintiff finally admitted she did NOT in fact sign a third wire form //

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **77** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

| | |
|---|---|
| 1 | |
| 2 | MS. YOUNG:   Q.   Ms. Cole, did you sign a wire transfer request |
| 3 | MS. YOUNG:     form in the amount of $62,314.62? |
| 4 | MR. MENSIK:     In the amount of 62,000. |
| 5 | MS. COLE:     THE DEPONENT:  There was so much going on in that |
| 6 | MS. COLE:     day.  Was I supposed to be signing that? |
| 7 | MR. MENSIK:     You've got to answer, ma'am. Can you |
| 8 | MR. MENSIK:     =-- do you need the question read back? |
| 9 | MS. COLE:     THE DEPONENT: Yeah.  What would -- what day is -- |
| 10 | MS. YOUNG:     Certainly. |
| 11 | MS. COLE:     THE DEPONENT:  -- this supposed to be? |
| 12 | BY MS. YOUNG: |
| 13 | MS. YOUNG:    Q.   Nope.  No. |
| 14 | MS. COLE:     THE DEPONENT:  And -- |
| 15 | MR. YOUNG:     It doesn't matter. |
| 16 | BY MS. YOUNG: |
| 17 | MS. YOUNG:    Q.   No date.  No date. |
| 18 | MS. COLE:     A.  No date? |
| 19 | MS. YOUNG:    Q.   I'm asking if you signed a third wire transfer for |
| 20 | MS. YOUNG:     the amount of $62,314.62. |

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **78** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    MS. COLE:       A.   There were two things that I signed, two papers

2    MS. COLE:       that I signed that were blank.

3    MS. YOUNG:      Q.   You signed two blank papers.  Is that your

4    MS. YOUNG:      testimony?

5

6    // deponent now getting her fabrications mixed up - stating she signed 2 blank papers?? //

7

8    MR. MENSIK:     Ma'am -- ma'am, did you -- the

9    MR. MENSIK:     question is: Did you sign a third wire transfer in the

10   MR. MENSIK:     amount of 62,000 and something odd cents?

11   MS. COLE:     THE DEPONENT:  Huh-uh.

12   THE REPORTER:      THE REPORTER:  Is that a no?

13   MS. COLE:     THE DEPONENT:  That's a no.

14   -- SOURCE:  Deposition [10 - Transcript-PLTF-Depo], Pg. 78, Line 25 - pg. 81 line 1

15

16   ----------------------------------------------

17

18   ANALYSIS:

19   // ** Note:  confirming the $242k to the officer and $119k in declaration (total $362k) means

20   the $62k was a fabrication and plaintiff couldn't keep the lies straight //"

21   EMERGENCY MOTION TO: - ADMIT EVIDENCE -                     ERIC AND SUSAN YOUNG, PRO SE
     PRECLUDE MISLEADING STATEMENTS - ADDRESS                     12402 N Division St #167
22   PLAINTIFFS' CREDIBILITY FAILURES - AMENDED                     Spokane, WA 99218
     PAGE 79 OF 185                                                PHONE (936-463-8411)
                                                                   eyoung-encrypt@pm.me
23                                                                 jaegersmum@gmail.com

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 13**

**" I wanted to transfer the remaining $62,314.62…"**

**- VS -**

**"Did you sign a 3rd wire for $62k…", "No"**

==============================

**PLAINTIFFS' STATEMENT**

*Summary:*

Linda Cole's statement that she herself authorized the Credit Union to wire a sum of $180,000

(QUOTE)

"During this conversation, I told the credit

union official that after the $180,000 was wired, I wanted to transfer the remaining $62,314.62

in

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **81** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

the account to a Chase Bank account she held."

"I also asked that the sum of $119,698.04, held in a

second Old West Federal Credit Union account, be transferred to my Chase account."

-- SOURCE:  EX002 DECLARATION LINDA COLE-DFND-000004-000008, Pg: 2, Item: 3,

Line: 11 - 18

---------------------------------------------

**CONTRADICTION IN STATEMENT OR FACT**

*Summary:*

Plaintiff in deposition repeatedly evaded answering question regarding sworn statement

describing a THIRD wire she supposedly requested, which would conflict with her other

testimony

(QUOTE)

MS. YOUNG:      Q.   All right.  So you provided sworn testimony to the

MS. YOUNG:      Court that you expected the amount of the wire would be

MS. YOUNG:      $180,000, this is in your deposition, but then confirmed to

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **82** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

| 1 | MS. YOUNG: | Officer Essex, reported on video, that the 242 amount shown |
| 2 | MS. YOUNG: | on the wire he held up to you was correct.  Again, |
| 3 | MS. YOUNG: | preempting Counsel, I'm not asking for a response.  It is |
| 4 | MS. YOUNG: | self-evident on the testimony statements.  So both of these |
| 5 | MS. YOUNG: | statements, Ms. Cole, cannot be true.  Therefore, logically, |
| 6 | MS. YOUNG: | one of them is a lie. |
| 7 | MS. YOUNG: | First, you confirmed the 242K amount on the wire |
| 8 | MS. YOUNG: | form was accurate and correct.  Again, that's in the |
| 9 | MS. YOUNG: | declaration [*should read 'in the police video'].  And then you confirmed that |
| 10 | you asked for a |
| 11 | MS. YOUNG: | wire in the amount of 119.  Again, that's in the |
| 12 | MS. YOUNG: | declaration.  Therefore, you lied when you testified that |
| 13 | MS. YOUNG: | you asked for a third wire in the amount of $62,342.62. |
| 14 | |
| 15 | // ** Note:  confirming the $242k to the officer and $119k in declaration (total $362k) means |
| 16 | the $62k was a fabrication and plaintiff couldn't keep the lies straight // |
| 17 | |
| 18 | // Plaintiff finally admitted she did NOT in fact sign a third wire form // |
| 19 | |
| 20 | MS. YOUNG: | Q.  Ms. Cole, did you sign a wire transfer request |

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **83** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    MS. YOUNG:      form in the amount of $62,314.62?

2    MR. MENSIK:      In the amount of 62,000.

3    MS. COLE:      THE DEPONENT:  There was so much going on in that

4    MS. COLE:      day.  Was I supposed to be signing that?

5    MR. MENSIK:      You've got to answer, ma'am. Can you

6    MR. MENSIK:      =-- do you need the question read back?

7    MS. COLE:      THE DEPONENT:  Yeah.  What would -- what day is --

8    MS. YOUNG:      Certainly.

9    MS. COLE:      THE DEPONENT:  -- this supposed to be?

10   BY MS. YOUNG:

11   MS. YOUNG:      Q.  Nope.  No.

12   MS. COLE:      THE DEPONENT:  And --

13   MR. YOUNG:      It doesn't matter.

14   BY MS. YOUNG:

15   MS. YOUNG:      Q.  No date.  No date.

16   MS. COLE:      A.  No date?

17   MS. YOUNG:      Q.  I'm asking if you signed a third wire transfer for

18   MS. YOUNG:      the amount of $62,314.62.

19   MS. COLE:      A.  There were two things that I signed, two papers

20   MS. COLE:      that I signed that were blank.

21

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

22

23

1    MS. YOUNG:     Q.   You signed two blank papers.  Is that your

2    MS. YOUNG:     testimony?

3

4    // deponent now getting her fabrications mixed up - stating she signed 2 blank papers?? //

5

6    MR. MENSIK:     Ma'am -- ma'am, did you -- the

7    MR. MENSIK:     question is: Did you sign a third wire transfer in the

8    MR. MENSIK:     amount of 62,000 and something odd cents?

9    MS. COLE:     THE DEPONENT:  Huh-uh.

10    THE REPORTER:     THE REPORTER:  Is that a no?

11    MS. COLE:     THE DEPONENT:  That's a no.

12    -- SOURCE:  Deposition-Linda-Cole, Pg. 79, Line 23 to Pg. 81, Line 1

13

14    ----------------------------------------------

15

16    ANALYSIS:  // ** Note:  confirming the $242k to the officer and $119k in declaration (total

17    $362k) means the $62k was a fabrication and plaintiff couldn't keep the lies straight //

18

19    // Plaintiff finally admitted she did NOT in fact sign a third wire form //

20

21    EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
22    PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **85** OF **185**
23

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    // deponent now getting her fabrications mixed up - stating she signed 2 blank papers?? //"

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

     ERIC AND SUSAN YOUNG, PRO SE
     12402 N Division St #167

22

     Spokane, WA 99218
     PHONE (936-463-8411)
     eyoung-encrypt@pm.me

23   jaegersmum@gmail.com

1  **CONTRADICTION NO. 14**

2

3  "We were the ones purchasing the house"

4  **- VS -**

5  **Eric was handling that**

6

7  ================================

8

9  **PLAINTIFFS' STATEMENT**

10

11  Summary:

12  PLTF claims "we were the ones purchasing the house" and again "we WERE going to buy the

13  house".

14  That was only a possible future contingency, not current reality - PLTFs didn't have full funds

15  to purchase house - full stop.

16

17  (QUOTE)

18

19  THE DEPONENT: We were not to be co-owners. We were to be the ones purchasing the

20  house, and you were going to be co-owners…Ted and I would be the owners of that house, and

21  EMERGENCY MOTION TO: - ADMIT EVIDENCE -
   PRECLUDE MISLEADING STATEMENTS - ADDRESS
22  PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
   PAGE **87** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

23

1  you were the co-owners, and you were going to be living with us on the second floor, and we'd

2  be on the first floor.  And while we were in there, until we had sold our lot, you -- he was

3  making the -- the payments until we sold the lot, and then we were going to pay the house off...

4

5     - Deposition-Linda-Cole Pg. pg 152, lines 14-16 and 19-24

6

7  --------------------------------------------------

8

9  A.  We were the ones purchasing the house.  You had no money.  We were going to be putting

10  down money on that house so that we could get into that house.  And that, as I said before, that

11  you would be co-owners, so we wouldn't be making out a second will, and then we would be

12  paying off the house, so there would be no payments being required on the house.

13  Q.  Okay.

14  A.   You guys would be living somewhere there, free of any kind of a payment, instead of your

15  living in the place that you were living in, paying what you told me was $3,000 a month.

16

17     - Deposition-Linda-Cole Pg 154, lines 1-12

18

19  -- SOURCE:  Deposition-Linda-Cole Pg. pg 152, lines 14-16 and 19-24

20  and

21

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

23

pg 154, lines 1-12

-----------------------------------------------

**CONTRADICTION IN STATEMENT OR FACT**

Summary:

PLTF claims "we were the ones purchasing the house" and again "we WERE going to buy the house".

Yet that was a future possibility, not current reality - PLTFs didn't have full funds to purchase house

(QUOTE)

OFFICER ESSEX:· Uh-huh.

MS. SEVERNS: -- which was at 1004 East Golden Court in Spokane.

The whole point was Ted and Linda were going to buy it. They had -- they had funds, but…

they couldn't -- they didn't have the full funds to purchase the house, like 640,000 total. And

they didn't have the full funds, but they had the money for the downpayment.

    - EX007 BCPD TRANSCRIPT-DFND-000023-000170, Pg 8, lines 19-21, 24-25;

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **89** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    Pg 9, lines 1-4

2

3    -------------------------------------------------

4

5    -        00:03:58 Linda        Yes, and we knew that we were buying the house.

6    -        00:04:00 Linda        WE... were buying the house.

7    -        00:04:02 Eric  You're not, actually...

8    -        00:04:03 Linda        And we were going to pay it off.

9    -        00:04:04 Eric  And that's part of the problem.

10   -        00:04:05 Linda        All right.

11   -        00:04:07 Eric  It's a perception issue.

12   -        00:04:08 Linda        Stop.

13   -        00:04:10 Linda        And let me finish please.

14   -        00:04:11 Eric  Yeah, go ahead.

15   -        00:04:12 Linda        We were going to buy the house.

16   -        00:04:13 Linda        As it turns out, it had to be mortgaged.

17   -        00:04:15 Linda        And you wanted to pick it up.

18   -        00:04:16 Linda        Okay, fine.

19   -        00:04:17 Linda        But now.

20   -        00:04:18 Eric  'Wanted' is not the point.

21   EMERGENCY MOTION TO: - ADMIT EVIDENCE -                    ERIC AND SUSAN YOUNG, PRO SE
     PRECLUDE MISLEADING STATEMENTS - ADDRESS                         12402 N Division St #167
22   PLAINTIFFS' CREDIBILITY FAILURES - AMENDED                         Spokane, WA 99218
     PAGE **90** OF **185**                                            PHONE (936-463-8411)
23                                                                  eyoung-encrypt@pm.me
                                                                    jaegersmum@gmail.com

1    -       00:04:19 Linda        Well, you did.

2    -       00:04:20 Eric  It's the only way it can be done.

3    -       00:04:21 Linda        Alright, alright, okay, okay

4    -       00:04:22 Eric  Period.

5           - EX-D-24-TRANSCR-DFND-OCT21-TRXSCR-LINDA-FAMCHAT-2  pg 10,

6    lines 9-21 through pg 11, lines 1-8

7    ----------------------------------------------------

8    MS. SEVERNS:  Now I have a question for you.

9    MR. COLE:  Uh-huh.

10   MS. SEVERNS:  Did you intend to put the $180,000 into Eric's account so -- because he's the

11   one that was going to do the mortgage

12   MS. COLE:  He needed -- somebody needed there to put it into the mortgage.  He was going to

13   handle that part.

14   -       COLE  VS  YOUNG  POLICE  INTAKE  NOVEMBER 06, 2023  pg 54, lines 17-25

15   ----------------------------------------------------

16   -- SOURCE:  EX007 BCPD TRANSCRIPT-DFND-000023-000170, Pg 8, lines 19-21, 24-25;

17   Pg 9, lines 1-4

18   EX-D-24-TRANSCR-DFND-OCT21-TRXSCR-LINDA-FAMCHAT-2  pg 10, lines 9-21

19   through pg 11, lines 1-8

20

21   EMERGENCY MOTION TO: - ADMIT EVIDENCE -
     PRECLUDE MISLEADING STATEMENTS - ADDRESS
22   PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
     PAGE **91** OF **185**

     ERIC AND SUSAN YOUNG, PRO SE
     12402 N Division St #167
     Spokane, WA 99218
     PHONE (936-463-8411)
     eyoung-encrypt@pm.me
23   jaegersmum@gmail.com

**CONTRADICTION NO. 15**

**Within Deposition - Linda**

**Confirms Her Declaration**

**- VS -**

**"Who wrote  this up?"**

===============================

**PLAINTIFFS' STATEMENT**

BY MS. YOUNG:

Q.   All right. Ms. Cole, did you write this declaration?

MR. MENSIK:  Is -- ma'am, did you sign this? This is your declaration, signed under oath?

THE DEPONENT:  Yeah, I did.

MR. MENSIK:· Yeah.

THE DEPONENT:· Yeah.· Uh-huh.

-- SOURCE:  DEPOSITION-LINDA-COLE-2024-11-06  pg 68, lines 11-17

--------------------------------------------

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION IN STATEMENT OR FACT**

BY MS. YOUNG:

…Ted and I made a telephone call to Old West Federal Credit Union to arrange the wire

transfer and were told we had to be physically in the branch to make the transfer. Are those the

lines you're referring to?

MR. MENSIK:· What is inaccurate, if anything, about those lines?

THE DEPONENT:· Well, I don't know how this – who wrote this up or how it was put in here,

but we weren't the ones that initiated the call from the Old West.  They were the ones that called

us.  It was an incoming call.  In here, it seems to me like it's stating that we made the call to

them.  We did not.

-- SOURCE:  DEPOSITION-LINDA-COLE-2024-11-06  pg 156, lines 10-21

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 16**

**PLTF Arranged $119**

 **- VS -**

**DFNDs...'deceptive means did it…'**

================================

**PLAINTIFFS' STATEMENT**

*Summary:*

Linda Cole's statement that she herself authorized the Credit Union to wire a sum of

$119,698.04

(QUOTE)

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    "I also asked that the sum of $119,698.04, held in a second Old West Federal Credit Union

2    account, be transferred to my Chase account."

3    -- SOURCE: EX002 DECLARATION LINDA COLE-DFND-000004-000008, Pg: 2, Item: 3,

4    Line: 17-18

5

6    ----------------------------------------------

7

8    **CONTRADICTION IN STATEMENT OR FACT**

9

10    Summary:

11    Plaintiffs sworn 'verified complaint' repeats the contradiction of Plaintiffs sworn Declaration

12

13    (QUOTE)

14    "Additionally, without Plaintiffs' permission or authorization, Defendant obtained a second

15    wire transfer of $119,718.04 from a second credit union account held by Plaintiffs through

16    deceptive means and deposited that money into an account held by Defendants."

17    -- SOURCE: [5 - Verified Complaint], Pg: 3, Item: 15, Line: 18

18

19    ----------------------------------------------

20

21    EMERGENCY MOTION TO: - ADMIT EVIDENCE -
       PRECLUDE MISLEADING STATEMENTS - ADDRESS

22    PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
       PAGE **95** OF **185**

23

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

ANALYSIS: > No evidence of 'without Plaintiffs' permission or authorization'

> No evidence of 'deceptive means'

> Purely prejudicial and conclusory language crafted to condemn without evidence"

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **96** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

# EXHIBIT 1 - PART IV of VI

## DEFENDANTS' CATALOG OF PLAINTIFFS DOCUMENTED

## FALSE STATEMENTS IN REQUESTS FOR ADMISSION AND

## CONTRADICTIONS OF SWORN TESTIMONY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **97** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    **CONTRADICTION NO. 17**

2

3    **Declaration - Claims co-owners and co-borrowers**

4    **- VS -**

5    **'we were purchasing the house'**

6

7    ================================

8

9    **PLAINTIFFS' STATEMENT**

10

11   "Eric and Susanann did not have money for a down

12   payment for the house purchase, so Ted and I agreed to contribute to the requested $180,000 as

13   the down payment for the house in exchange for Linda and Ted Coles being reflected on the

14   title of the as co-owners. Ted and I would also move into the home with Eric and Susanann and

15   live on

16   the first floor of the home.  Also, as part of the agreement, Ted and I would be on the mortgage

17   as borrowers as well."

18   -- SOURCE:  [4 - Declaration-LindaCole], Pg. 2, Line 1-7

19

20   ---------------------------------------------

21   EMERGENCY MOTION TO: - ADMIT EVIDENCE -
     PRECLUDE MISLEADING STATEMENTS - ADDRESS
22   PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
     PAGE **98** OF **185**

23

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION IN STATEMENT OR FACT**


THE DEPONENT:  We were not to be co-owners. We were to be the ones purchasing the

house, and you were going to be co-owners…Ted and I would be the owners of that house, and

you were the co-owners, and you were going to be living with us on the second floor, and we'd

be on the first floor.  And while we were in there, until we had sold our lot, you -- he was

making the -- the payments until we sold the lot, and then we were going to pay the house off.

"A.  We were the ones purchasing the house.  You had no money.  We were going to be putting

down money on that house so that we could get into that house.  And that, as I said before, that

you would be co-owners, so we wouldn't be making out a second will, and then we would be

paying off the house, so there would be no payments being required on the house.

Q.  Okay.

A.   You guys would be living somewhere there, free of any kind of a payment, instead of your

living in the place that you were living in, paying what you told me was $3,000 a month."

-- SOURCE:  DEPOSITION-LINDA-COLE-2024-11-06  pg 152, lines 14-16 and 19-24


DEPOSITION-LINDA-COLE-2024-11-06  pg 154, lines 1-12



-----------------------------------------------

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 18**

**PLTF Admits Contrib Funds to Downpayment**

**- VS -**

**Now 'illegally obtained funds'**

================================

**PLAINTIFFS' STATEMENT**

*Summary:*

Plaintiffs admit they were contributing down payment funds

(QUOTE)

Eric and Susanann did not have money for a down

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1   payment for the house purchase, so Ted and I agreed to contribute to the requested $180,000 as

2   the down payment for the house in exchange for Linda and Ted Coles being reflected on the

3   title of the as co-owners.

4   -- SOURCE:  EX002 DECLARATION LINDA COLE-DFND-000004-000008, Pg: 2, Item: 3,

5   Line: 10

6   ---------------------------------------------

7   **CONTRADICTION IN STATEMENT OR FACT**

8   *Summary:*

9   Plaintiffs claim using funds gifted as agreed, and transferred as agreed is now 'illegally obtained

10  funds'

11

12  (QUOTE)

13  "Through fraudulent and deceptive means, Defendants obtained a wire transfer

14  request from Plaintiffs in the amount $242,334.62, and arranged to have the money transferred

15  to an account held by Defendants.  Additionally, without Plaintiffs' permission or authorization,

16  Defendant obtained a

17  second wire transfer of $119,718.04 from a second credit union account held by Plaintiffs

18  through deceptive means and deposited that money into an account held by Defendants.

19

20

21  EMERGENCY MOTION TO: - ADMIT EVIDENCE -
    PRECLUDE MISLEADING STATEMENTS - ADDRESS
22  PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
    PAGE **101** OF **185**

    ERIC AND SUSAN YOUNG, PRO SE
    12402 N Division St #167
    Spokane, WA 99218
    PHONE (936-463-8411)
    eyoung-encrypt@pm.me
    jaegersmum@gmail.com
23

Defendants, with the illegally obtained funds, are proceeding with the purchase of the Golden
Ct. home. However, Defendants have refused to place Plaintiffs' names as owners on the title of
the home as previously agreed, and Plaintiffs have been excluded from the lending process and
are not named as borrowers on the prospective home loan."

-- SOURCE:  [5 - Verified Complaint], Pg: 3, Item: 14, Line: 17 - 19


---------------------------------------------

ANALYSIS:  Two contradictory and false statements:


 a) False statement in violation of legal term for 'contribute', aka 'gift', which carries the
meaning of 'no expectation of repayment nor an exchange for another thing'


 b) Conclusory argument while also contradicted by Plaintiffs own declaration of intent and
actions contributing funds.


One cannot declare 'we agreed to contribute [funds] as the downpayment for the house',
contribute those funds, and then declare them 'illegally obtained' when they are applied as
planned

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **102** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 19**

**Declaration - Claims co-owners and co-borrowers**

**- VS -**

**'180k down on house we were purchasing'**


================================

**PLAINTIFFS' STATEMENT**


"Eric and Susanann did not have money for a down

payment for the house purchase, so Ted and I agreed to contribute to the requested $180,000 as

the down payment for the house in exchange for Linda and Ted Coles being reflected on the

title of the as co-owners. Ted and I would also move into the home with Eric and Susanann and

live on

the first floor of the home. Also, as part of the agreement, Ted and I would be on the mortgage

as borrowers as well."

-- SOURCE: [4 - Declaration-LindaCole], Pg. 2, Line 1-7


---------------------------------------------

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION IN STATEMENT OR FACT**

BY MS. YOUNG:

Q. Ms. Cole, have you been able to jog your memory regarding the contents of your testimony of your declaration?

A I'm reading it.

MR. MENSIK:· She's still reading.

MS. YOUNG:· Okay.· Let the record show that Ms. Cole is continuing to read the contents of the declaration.

MR. MENSIK:· Okay.· There you go.  All right.· She's done reading.

MS. YOUNG:· Okay.

BY MS. YOUNG:

Q. Ms. Cole, you had sufficient time to refresh your memory as to what your previous testimony was; is that correct?

A.  Yes.  I read through the paper.

Q.  Okay.  And do you agree that your sworn testimony contained in your declaration was correct?

A.  Well, I know what I said, but I see what's typed up here.  My age isn't correct.

Q.  Okay.   So there are minor discrepancies?

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **104** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    A.  There are.

2    Q.  Okay.  Have you seen anything else that is an inaccurate reflection?

3    A.  Yeah.  We were supplying the 180,000 for a down…

4    …payment on the house that we were purchasing here, which it doesn't say that.

5    Q.  All right.  So that's another inaccuracy; is that correct?

6    MR. MENSIK:  Object to form.

7    BY MS. YOUNG:

8    Q.  Ms. Cole, would you say that is another inaccuracy of your testimony?

9    A.  That -- that it states in here the 180,000 was for a down payment for the house in exchange

10   for us being reflected on the title as co-owners.  That $180,000 was a down payment that we

11   were putting on a house that we were purchasing, and you two were supposed to be living there

12   with us.

13   Q.  Okay.  And Ms. Cole, for the record, what page and line number are you looking at?

14   A.  Page 2, Line 2."

15   -- SOURCE:  DEPOSITION-LINDA-COLE-2024-11-06  pg 150, lines 1-25 - pg 151, lines 1-

16   17

17

18

19

20

21   EMERGENCY MOTION TO: - ADMIT EVIDENCE -
     PRECLUDE MISLEADING STATEMENTS - ADDRESS     ERIC AND SUSAN YOUNG, PRO SE
     12402 N Division St #167
22   PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
     PAGE **105** OF **185**     Spokane, WA 99218
     PHONE (936-463-8411)
     eyoung-encrypt@pm.me
23   jaegersmum@gmail.com

**CONTRADICTION NO. 20**

**'I signed one page…' (depos.)**

**- VS -**

**"…became aware of the transfers [plural] of the funds…"**

================================

**PLAINTIFFS' STATEMENT**

Summary:

Plaintiff Linda Cole now states in deposition (on 11/6/2024) that she disagrees with her own

sworn declaration

(QUOTE)

"MS. COLE: I'm understanding that it says here that there was two pages and I said

before one, there's two pages now being spoken of

Susan: OK

MS. COLE: so where money was transferred to a different account

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **106** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

Susan:  All right, so are you referring on page three to line three, which says "I signed the two pages? Is that what you're referring to?

MS. COLE:   What I can see in here is it says two pages.  It says two pages.  I didn't say two pages before, I said one

Susan:  All right, so you're saying that that statement is incorrect and it should have read, 'I signed the one page...' Am I understanding that correctly?

MS. COLE:   That's right"

-- SOURCE:  Deposition-Linda-Cole, Pg: 165, Line 14 - Pg. 166 line 5


---------------------------------------------


**CONTRADICTION IN STATEMENT OR FACT**


Summary:

Linda Cole states she wasn't initially aware of the transfer of funds from her account; contradicts statement on prior page of the same document


(QUOTE)

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **107** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

"After Ted and I became aware of the transfers of the funds our account, we contacted the realtor..."

-- SOURCE:  EX002 DECLARATION LINDA COLE-DFND-000004-000008, Pg: 3, Item: 5, Line: 29


-------------------------------------------


ANALYSIS:  PLTF is contradicting sworn declaration by saying in deposition 'should have only said [in declaration] 'one page', not two'


Finder of fact cannot accept PLTF who cannot / does not confirm initial sworn testimony"

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1  **CONTRADICTION NO. 21**

2

3  **Declaration - Claims co-owners and co-borrowers**

4  **- VS -**

5  **Claims 'owners of the house'**

6

7  ==================================

8

9  **PLAINTIFFS' STATEMENT**

10

11  "Eric and Susanann did not have money for a down

12  payment for the house purchase, so Ted and I agreed to contribute to the requested $180,000 as

13  the down payment for the house in exchange for Linda and Ted Coles being reflected on the

14  title of the as co-owners. Ted and I would also move into the home with Eric and Susanann and

15  live on

16  the first floor of the home.  Also, as part of the agreement, Ted and I would be on the mortgage

17  as borrowers as well."

18  -- SOURCE:  [4 - Declaration-LindaCole], Pg. 2, Line 1-7

19

20  ---------------------------------------------

21  EMERGENCY MOTION TO: - ADMIT EVIDENCE -
   PRECLUDE MISLEADING STATEMENTS - ADDRESS
22  PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
   PAGE **109** OF **185**

23

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION IN STATEMENT OR FACT**

Q. Okay. Line 9 through 16. So 9, my line corresponds to where it's on Item 5, and it says, Realtor handling the house purchase." Am I looking at the correct line?

A. Yes.

Q. Okay. And what in there is an inaccurate statement?

A. Well, I'll read this. It said, "After Ted and I became aware of the transfers of the funds of our account,

we -- we contacted the realtor handling the house purchase to at least be sure that the realtor had instructions to place our names on the title as co-owners of the house." Actually, owners of the house it should have been.""

-- SOURCE: DEPOSITION-LINDA-COLE-2024-11-06 pg 173, lines 11-23 thru pg 175, line 16

---------------------------------------------

ANALYSIS: Now saying 100% 'owners of the house'"

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **110** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 22**

**Tells Police Eric Told her about $119k incorrect account**

**- VS -**

**RFA Denies That She said that**

==================================

**PLAINTIFFS' STATEMENT**

MS. SEVERNS:     And she let Eric take over

MS. SEVERNS:     the call.  She gave -- she wrote down the account

MS. SEVERNS:     number it was supposed to go into, and he took it

MS. SEVERNS:     all, and it was transferred to his account.

MS. SEVERNS:     And Old West Bank here, she went and took

MS. SEVERNS:     it to them.

OFFICER ESSEX     Uh-huh.

MS. COLE:     And I told him to be careful.

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **111** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    MS. COLE:    Make sure that goes into my account."  Well, the "

2    MS. COLE:    next day, they both came up to me and they said,

3    MS. COLE:    Oh, mom, mom.  They transferred that into Eric's "

4    MS. COLE:    account.  And then I knew.  Then I knew.

5    MS. SEVERNS:        That was when she got wise

6    MS. SEVERNS:        to what they were doing.

7    MS. SEVERNS:

8    MS. COLE:    I knew we had been lied to and

9    -- SOURCE:  EX007 BCPD TRANSCRIPT-DFND-000023-000170, Pg. 14, Line 12

10

11   --------------------------------------------

12

13   **CONTRADICTION IN STATEMENT OR FACT**

14

15   REQUEST FOR ADMISSION NO. 29

16   Admit that on the day of going to find a notary, your son-in-law showed you the printed wire

17   forms and called out to you that OWFCU representatives had incorrectly filled in the domestic

18   wire form for the second wire of ~$119k when they entered Defendant's bank information as

19   destination

20   RESPONSE

21   EMERGENCY MOTION TO: - ADMIT EVIDENCE -
     PRECLUDE MISLEADING STATEMENTS - ADDRESS
22   PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
     PAGE **112** OF **185**

23

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

Deny.

-- SOURCE:  DFNDs-RFAs-PLTF-RESPONSES Page 29


-----------------------------------------------


ANALYSIS:  Plaintiff admits to police - 'both told her about wire destination'


'Next day' - 10/14 - on way to notary"

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **113** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 23**

**PLTF Made Phone Call**

**- VS -**

 **Credit Union Called Back (deposition)**


================================

**PLAINTIFFS' STATEMENT**


*Summary:*

Plaintiffs statement that they arranged with their Credit Union to wire funds


(QUOTE)

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1  "Ted and I made a telephone

2  call to old West Federal Credit Union to [arrange] the wire transfer and were told we had to be

3  physically in the branch to make the transfer." (brackets for emphasis)

4  -- SOURCE:  EX002 DECLARATION LINDA COLE-DFND-000004-000008, Pg: 2, Item: 3,

5  Line: 17

6

7  ----------------------------------------------

8

9  **CONTRADICTION IN STATEMENT OR FACT**

10

11 Summary:

12 Deposition of Linda Cole, Plaintiff states Credit Union called her back;

13 FIrst - it's another contradiction;

14 Second - it's an obvious attempt at crafting a response and 'backing into' another 'inconvenient

15 truth' that cannot be ignored or suppressed because Plaintiffs' counsel learned the truth during

16 discovery

17

18 (QUOTE)

19 MS. YOUNG:          No.  I'm asking Plaintiff if she

20 MS. YOUNG:          recalls her testimony to Court.

21

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com
23

1   MS. COLE        THE DEPONENT:  This is, first of all, that Ted and

2   MS. COLE        I made a phone call.  This was supposed to have been done

3   MS. COLE        the day we were on the call.  I never made a call, in the

4   MS. COLE        first place, to them.  This was an incoming call to me when

5   MS. COLE        I got to talking with them on the phone.  They called them,

6   MS. COLE        not me.  They called them, and they connected me to the

7   MS. COLE        phone call with them.  I never made that call, never

8   MS. COLE        initiated it. It's an incoming call to me, and they were on

9   MS. COLE        the other line with that company already.

10  -- SOURCE:  Deposition-Linda-Cole, Pg: 66, Item: , Line: 6 - 16

12  ---------------------------------------------

14  ANALYSIS:  Contradiction"

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **116** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    **CONTRADICTION NO. 24**

2

3    **Signed 2 pages at Postal Annex**

4    **- VS -**

5    **Signed only 1 paper**

6

7    ================================

8

9    **PLAINTIFFS' STATEMENT**

10

11   I signed the two pages Eric offered at the postal annex in front of

12   the notary and only later found that I had authorized two transfers, one in the amount of

13   $242,334.62 and the other in the amount of $119,718.04.

14   -- SOURCE: [4 - Declaration-LindaCole], Pg. 3, Line 3-5

15

16   ----------------------------------------------

17

18   **CONTRADICTION IN STATEMENT OR FACT**

19

20

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1  "BY MS. YOUNG:

2  Q. Please tell us what the statement should have been, what your testimony is that you're

3  claiming today.

4  A. I went there to have $180,000 put down on that house, and the paper was one paper. Why

5  would I be doing two?

6  Q. All right. So that is your testimony today, that where it says two separate sheets of paper,

7  you're now saying it was supposed to be one piece of paper?

8  A. Oh my gosh. One piece of paper."

9  Q. Okay. So her statement that she gave – her testimony that she gave at the postal annex, Eric

10  presented only two sheets of -- separate sheets of paper with my signature line on each." Today,

11  for the record, your testimony is that that was inaccurate, it was not two…

12  "… separate sheets of paper, but one; is that correct?

13  A. That is correct."

14  -- SOURCE: DEPOSITION-LINDA-COLE-2024-11-06 pg 161, lines 9-18

15  DEPOSITION-LINDA-COLE-2024-11-06 pg 162, lines 21-25

16  DEPOSITION-LINDA-COLE-2024-11-06 pg 163, lines 1-2

17  ---------------------------------------------

18

19

20

21

22

23

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 25**

**$242 is accurate**

**- VS -**

**$180 is accurate**

===================================

**PLAINTIFFS' STATEMENT**


OFFICER ESSEX          So this -- this number is

OFFICER ESSEX          correct?

MS. SEVERNS:          Yes.  They're both correct.

MS. COLE:      Uh-huh.

OFFICER ESSEX          So -- so this is the

OFFICER ESSEX          number that you wanted transferred out?

MS. SEVERNS:          The 242.  All of it.  It was

MS. SEVERNS:          all supposed to go --

MS. COLE:      Oh.

OFFICER ESSEX          I just want to make sure

OFFICER ESSEX          that --

MS. COLE:      Yeah.

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **119** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

OFFICER ESSEX     -- number is accurate.

MS. COLE:    This number is accurate.  This

-- SOURCE:  EX007 BCPD TRANSCRIPT-DFND-000023-000170, Pg: 50, Line: 9-22



---------------------------------------------



**CONTRADICTION IN STATEMENT OR FACT**


Q.   So if I'm understanding this correctly, and please correct me if I'm wrong, I want to make sure I'm accurate.  Earlier, you stated that where it says on Pages 2 and Pages 3, it refers to -- you referred to two pages that you signed.   You corrected that for the record, and you said that your testimony today is that those both should have read one page.  So as I'm understanding you, and again, please correct me if I'm wrong.  I'm understanding that going along with that one page correction, that you're saying that you did not sign two wire transfers at the postal annex, but you only signed one wire transfer for 180?

MR. MENSIK:· Object to form.

BY MS. YOUNG:

Q.  Help us out here, Ms. Cole.

A.   180 is what I have been saying.

-- SOURCE:  DEPOSITION-LINDA-COLE-2024-11-06  pg 170, lines 9-24

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **120** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 26**

**Only later found authorized…$242k wire**

**- VS -**

**Confirms wanted $242 transferred**

================================

**PLAINTIFFS' STATEMENT**

I signed the two pages Eric offered at the postal annex in front of

the notary and only later found that I had authorized two transfers, one in the amount of

$242,334.62 and the other in the amount of $119,718.04.

-- SOURCE:  [4 - Declaration-LindaCole], Pg. 3, Line 3-5

----------------------------------------------

**CONTRADICTION IN STATEMENT OR FACT**

OFFICER ESSEX      So this -- this number is

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1   OFFICER ESSEX      correct?

2   MS. SEVERNS:       Yes.  They're both correct.

3   MS. COLE:    Uh-huh.

4   OFFICER ESSEX      So -- so this is the

5   OFFICER ESSEX      number that you wanted transferred out?

6   MS. SEVERNS:       The 242.  All of it.  It was

7   MS. SEVERNS:       all supposed to go --

8   MS. COLE:    Oh.

9   OFFICER ESSEX      I just want to make sure

10  OFFICER ESSEX      that --

11  MS. COLE:    Yeah.

12  OFFICER ESSEX      -- number is accurate.

13  MS. COLE:    This number is accurate.  This

14  -- SOURCE:  EX007 BCPD TRANSCRIPT-DFND-000023-000170, Pg: 50, Line: 9-22

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **122** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

# EXHIBIT 1 - PART V of VI

## DEFENDANTS' CATALOG OF PLAINTIFFS DOCUMENTED FALSE STATEMENTS IN REQUESTS FOR ADMISSION AND CONTRADICTIONS OF SWORN TESTIMONY

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 27**

**PLTF Arranged Wires**

**- VS -**

**"Never spoke to…"**

================================

**PLAINTIFFS' STATEMENT**

*Summary:*

Plaintiffs statement that they arranged with their Credit Union to wire funds

(QUOTE)

"Ted and I made a telephone

call to old West Federal Credit Union to [arrange] the wire transfer and were told we had to be

physically in the branch to make the transfer." (brackets for emphasis)

-- SOURCE:  EX002 DECLARATION LINDA COLE-DFND-000004-000008, Pg: 2, Item: 3,

Line: 17

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**CONTRADICTION IN STATEMENT OR FACT**

Summary:

In dialog, Plaintiff responds in agreement that ' she never spoke to anyone at Old West Federal

Credit Union'

(QUOTE)

      "MS. COLE:  Oh, you know what I should do?

      MS. SEVERNS:  Huh?

      MS. COLE:  I never thought about it.  But

I should call and ask them did they put that in his

account by his own asking for it.  I never thought

to ask that.

      MS. SEVERNS:  You -- you mean you told me

that they'd never talked to you.

      MS. COLE:  Uh-huh.

      [MS. SEVERNS:  They only talked to Eric.

      MS. COLE:  Right.]  I bet you he told them

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **125** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    to put it -- gave him -- his account number --

2          MS. SEVERNS:  Uh-huh.

3          MS. COLE:  -- and put all that -- I never

4     even thought about doing that."

5    (brackets for emphasis)

6    -- SOURCE:  EX007 BCPD TRANSCRIPT-DFND-000023-000170, pg: 34, line: 24 to pg: 35,

7    line: 13

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **126** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 28**

**PLTF Arranged $119**

**- VS -**

**Complaint Assertion 'Defendants did it'**

================================

**PLAINTIFFS' STATEMENT**

*Summary:*

Linda Cole's statement that she herself authorized the Credit Union to wire a sum of $119,698.04

(QUOTE)

"I also asked that the sum of $119,698.04, held in a second Old West Federal Credit Union account, be transferred to my Chase account."

EMERGENCY MOTION TO: - ADMIT EVIDENCE - PRECLUDE MISLEADING STATEMENTS - ADDRESS PLAINTIFFS' CREDIBILITY FAILURES - AMENDED PAGE **127** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

-- SOURCE:  EX002 DECLARATION LINDA COLE-DFND-000004-000008, Pg: 2, Item: 3, Line: 20

---------------------------------------------

**CONTRADICTION IN STATEMENT OR FACT**

*Summary:*

Plaintiffs claim using funds gifted as agreed, and transferred as agreed is now 'illegally obtained funds'

(QUOTE)

"Through fraudulent and deceptive means, Defendants obtained a wire transfer request from Plaintiffs in the amount $242,334.62, and arranged to have the money transferred to an account held by Defendants.  Additionally, without Plaintiffs' permission or authorization, Defendant obtained a

second wire transfer of $119,718.04 from a second credit union account held by Plaintiffs through deceptive means and deposited that money into an account held by Defendants.

EMERGENCY MOTION TO: - ADMIT EVIDENCE - PRECLUDE MISLEADING STATEMENTS - ADDRESS PLAINTIFFS' CREDIBILITY FAILURES - AMENDED PAGE **128** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

Defendants, with the illegally obtained funds, are proceeding with the purchase of the Golden

Ct. home. However, Defendants have refused to place Plaintiffs' names as owners on the title of

the home as previously agreed, and Plaintiffs have been excluded from the lending process and

are not named as borrowers on the prospective home loan."

-- SOURCE:  [5 - Verified Complaint], Pg: 3, Item: 14, Line: 17 - 19

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1  **CONTRADICTION NO. 29**

2

3  **Double Admission:**

4  **2 times Plaintiff States DFNDs Alerted Her to Bank Error in 2nd Wire**

5  **- VS -**

6  **"Deceptive means"**

7

8  ===============================

9

10  **PLAINTIFFS' STATEMENT**

11

12  Summary:

13  #1 - Plaintiff admits that DFNDs alerted her to the error on part of the bank (who filled in the

14  forms) -incorrect destination account for the $119k;

15   - Wire was already authorized per CU phone security protocol

16   - Plaintiff accepted and signed wire indemnification before notary anyway

17

18  #2

19

20

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

Plaintiff admits Defendant Susan alerted Plaintiff that the second wire form [sent to Linda by the Credit Union] had the wrong account filled in by mistake, not Plaintiff's account."

- (caveat/qualifier:  PLTF in #2 (testimony offered 2+ days after #1) is misremembering date, conflating memory with 'I confronted Eric and Susan...' --> 6+ days of text message history showing normal communications (10/14-20/2023) shows no such 'confrontation' occurred


#1

(QUOTE)

"MS. COLE:    And I told him to be careful.

MS. COLE:    Make sure that goes into my account.  Well, the

MS. COLE:    next day, they both came up to me and they said,

MS. COLE:    Oh, mom, mom.  They transferred that into Eric's

MS. COLE:    account.  And then I knew.  Then I knew. "


#2

(QUOTE)

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

"On or about October 16, 2023, Susan told me that a "mistake" had been made and the money Ted and I were providing for the down payment for the house was transferred into Eric's account and not my Chase Bank account.""

"On the same date, I confronted Eric and Susan about it, and during this conversation, Eric admitted that the money was deposited in his account "by accident".

-- SOURCE:  EX007 BCPD TRANSCRIPT-DFND-000023-000170, Pg: 14, Item: , Line: 19 - 23

----------------------------------------------

## CONTRADICTION IN STATEMENT OR FACT

*Summary:*

Plaintiffs claim using funds gifted as agreed, and transferred as agreed is now 'illegally obtained funds'

EMERGENCY MOTION TO: - ADMIT EVIDENCE - PRECLUDE MISLEADING STATEMENTS - ADDRESS PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **132** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1

2    (QUOTE)

3    "Through fraudulent and deceptive means, Defendants obtained a wire transfer

4    request from Plaintiffs in the amount $242,334.62, and arranged to have the money transferred

5    to an account held by Defendants.  Additionally, without Plaintiffs' permission or authorization,

6    Defendant obtained a

7    second wire transfer of $119,718.04 from a second credit union account held by Plaintiffs

8    through deceptive means and deposited that money into an account held by Defendants.

9    Defendants, with the illegally obtained funds, are proceeding with the purchase of the Golden

10   Ct. home. However, Defendants have refused to place Plaintiffs' names as owners on the title of

11   the home as previously agreed, and Plaintiffs have been excluded from the lending process and

12   are not named as borrowers on the prospective home loan."

13   -- SOURCE:  [5 - Verified Complaint], Pg: 3, Item: 14, Line: 17 - 19

14

15   ---------------------------------------------

16

17   ANALYSIS: 0"

18

19

20

21   EMERGENCY MOTION TO: - ADMIT EVIDENCE -            ERIC AND SUSAN YOUNG, PRO SE
     PRECLUDE MISLEADING STATEMENTS - ADDRESS              12402 N Division St #167
22   PLAINTIFFS' CREDIBILITY FAILURES - AMENDED                Spokane, WA 99218
     PAGE **133** OF **185**                                  PHONE (936-463-8411)
                                                             eyoung-encrypt@pm.me
23                                                           jaegersmum@gmail.com

**CONTRADICTION NO. 30**

BRAIN FOG

===============================

**PLAINTIFFS' STATEMENT**

BY MS. YOUNG:

Q. Okay. Ms. Cole, do you have problems with your memory?

A. I do not.

-- SOURCE: DEPOSITION-LINDA-COLE-2024-11-06 pg 42, lines 9-12

----------------------------------------------

**CONTRADICTION IN STATEMENT OR FACT**

"THE REPORTER: Marking Exhibit 5.

(WHEREUPON, Exhibit 5 was marked for identification.)

BY MS. YOUNG:

Q. Ms. Cole, you stated earlier that you do not have problems with your memory; is that

correct?

A. That's what I said.

Q. All right. Ms. Cole, I put it to you that the contents of that text message that you were

holding represents a conversation exchange between you and your Defendant daughter, Susan;

is that correct?

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **134** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1   A.  The paper I'm reading here now?

2   Q.  Yes.

3   A.  Is what?

4   Q.  Represents a conversation between you and your daughter.

5   A.  I don't know.· I haven't even looked at this to read it yet, so I can't answer that truthfully.

6   Q.  Fair enough.· Would you please take a moment and read that exchange out loud, from the

7 top, please?

8 MR. MENSIK:  Do you want to read it out loud?

9 THE DEPONENT:  Oh.

10 MR. MENSIK:  Yeah, she's asking you to read it.

11 THE DEPONENT:  Oh, I'm sorry.

12 MR. MENSIK:  Start at the top.

13 THE DEPONENT:  I thought she meant --

14 MR. MENSIK:  No, no.

15 THE DEPONENT:  -- to read it.

16 MR. MENSIK:  You're good.  Start at -- from the top.

17 THE DEPONENT:  Yes.  I'm getting my walker cleaned up and putting it in the car."" I don't

18 know what I was answering to for that because it doesn't show.  "I'll keep Jeannie's in the house.

19 These articles really help me to see what I've been thinking -- what I've been trying to figure

20 out. What's been happening is making much more sense now.  It's given me a better

21 EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
22 PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **135** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

23

1  understanding of how I can help myself to be more watchful.  It also clears up my

2  understanding of instant memory recall and brain fog that I've dealt with.  At the end of it all, I

3  don't understand"

4  why they don't clue their patients in on what all of what might be happening to them as a result

5  of chemotherapy treatments so they aren't in the dark regarding any issues that they might be

6  experiencing after treatment, so thank you for the research, honey.· It was very much

7  appreciated."

8  And then you said, Glad to hear it.  I read a couple more medical articles and all that cite the

9  same thing, the fall risk that continues.  So don't feel bad about using the walker.· Pretend you

10  are just -- pretend you were in a terrible skiing accident and have to use it. Laugh out loud.  It

11  doesn't mean that you're old and feeble.    The chemo just messed with you and you had two

12  rounds. And I do more -- I'll do more research to see if they've found any way to counter the

13  chemo effects.  Getting everyone to bed.  Love you, mama.  Be safe.  Hey, the chemo saved

14  your life."

15  MS. YOUNG:  (Coughs.) Sorry.

16  THE DEPONENT:  "We'll deal with the aftereffects."  Is there more or is that it?

17  BY MS. YOUNG:

18  Q.  Thank you.  Ms. Cole, in that text, you reference to your issues of memory issues and brain

19  fog; is that correct?

20  MR. MENSIK:  Object to form.

21

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
22  PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **136** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

23

1   BY MS. YOUNG:`

2   Q. Ms. Cole, in that text message, do you make the reference to your memory and brain fog

3   issues?

4   A. I see here in this article that I was telling you that after having Jeannie here at our house,

5   and she was 96- years-old, that she had a lot of memory issues. And she was going through,

6   what's it, dialysis, and had been for a long time. So I didn't know what was happening to her

7   either, if

8   something was being affected to -- by her through that. So I was talking to you and watching --

9   seeing how she was.

10   Q. Okay.

11   A. And I said, "At the end of it all," I said that I don't understand why the -- they don't -- the

12   doctors don't really tell patients about what happens to them as well as what can happen to

13   people that are going through chemotherapy treatments.· And I understand too, that everybody

14   is different.

15   MR. YOUNG: Okay.

16   BY MS. YOUNG:

17   Q. Okay. Ms. Cole, what is the date of that text message exchange?

18   A. September the 8th of 2022.

19   Q. Okay. And when did your mother-in-law pass away?

20   A. My mother-in-law passed away in November the 9th, I believe, in 2019.

21

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

22

23

1   Q.  All right.  So you expect us to believe that you're referring to your deceased mother-in-law's

2   memory issues in that text; is that correct?

3   MR. MENSIK:  Object to form.

4   THE DEPONENT:  That's right.

5   BY MS. YOUNG:

6   Q.  I'm sorry?

7   A.  Yes.

8   Q.  Okay.  Ms. Cole, did your mother-in-law suffer from cancer?

9   A.  I don't know.  I can't tell you for sure if she did or not.

10  Q.  Okay.

11  A.  I really don't know.

12  Q.  Ms. Cole, did your mother-in-law, Jeannie, have to go through rounds of chemotherapy?

13  A.  I don't know.

14  Q.  Ms. Cole, did you have cancer treatment?

15  A.  Yes, I did.

16  Q.  Ms. Cole, did you go through multiple rounds of chemotherapy?

17  A.  Yes, I have.

18  -- SOURCE:  DEPOSITION-LINDA-COLE-2024-11-06  pg 105, lines 21-25 through pg 110,

19  lines 1-6

20

21  EMERGENCY MOTION TO: - ADMIT EVIDENCE -          ERIC AND SUSAN YOUNG, PRO SE
    PRECLUDE MISLEADING STATEMENTS - ADDRESS                12402 N Division St #167
22  PLAINTIFFS' CREDIBILITY FAILURES - AMENDED               Spokane, WA 99218
    PAGE **138** OF **185**                                  PHONE (936-463-8411)
                                                             eyoung-encrypt@pm.me
23                                                           jaegersmum@gmail.com

**CONTRADICTION NO. 31**

**Double Admission:**

**2 times Plaintiff States DFNDs Alerted Her to Bank Error in 2nd Wire**

**- VS -**

**"Became aware"**

================================

**PLAINTIFFS' STATEMENT**

Summary:

#1 - Plaintiff admits that DFNDs alerted her to the error on part of the bank (who filled in the

forms) -incorrect destination account for the $119k;

 - Wire was already authorized per CU phone security protocol

 - Plaintiff accepted and signed wire indemnification before notary anyway

#2

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

Plaintiff admits Defendant Susan alerted Plaintiff that the second wire form [sent to Linda by the Credit Union] had the wrong account filled in by mistake, not Plaintiff's account."

 - (caveat/qualifier:  PLTF in #2 (testimony offered 2+ days after #1) is misremembering date, conflating memory with 'I confronted Eric and Susan...' --> 6+ days of text message history showing normal communications (10/14-20/2023) shows no such 'confrontation' occurred


#1

(QUOTE)

"MS. COLE:    And I told him to be careful.

MS. COLE:    Make sure that goes into my account.  Well, the

MS. COLE:    next day, they both came up to me and they said,

MS. COLE:    Oh, mom, mom.  They transferred that into Eric's

MS. COLE:    account.  And then I knew.  Then I knew. "

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **140** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1   #2

2   (QUOTE)

3   "On or about October 16, 2023, Susan told me that a "mistake" had been made and the

4   money Ted and I were providing for the down payment for the house was transferred into Eric's

5   account and not my Chase Bank account.""

6   "On the same date, I confronted Eric and Susan about it,

7   and during this conversation, Eric admitted that the money was deposited in his account "by

8   accident".""

9   -- SOURCE: EX009 SUPPLEMENTAL DEC.-DFND-000180-000196, pg 2 item 4

10   --------------------------------------------

11   **CONTRADICTION IN STATEMENT OR FACT**

12   Summary:

13   Plaintiff states she wasn't initially aware of the transfer of funds from her account; contradicts

14   statement in first declaration

15

16   (QUOTE)

17   "After Ted and I became aware of the transfers of the funds our account, we contacted the

18   realtor handling the house purchase to at least make sure the realtor had instructions to place our

19

20

22   ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

23

names on the house title as co-owners of the house."

-- SOURCE:  EX002 DECLARATION LINDA COLE-DFND-000004-000008, Pg: 3, Item: 5, Line: 29

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **142** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 32**

**Fraudulent and deceptive means…"**
**- VS -**
**$242 'This number is accurate'**

================================

**PLAINTIFFS' STATEMENT**

*Summary:*

Plaintiffs claim using funds gifted as agreed, and transferred as agreed is now 'illegally obtained funds'

(QUOTE)

"Through fraudulent and deceptive means, Defendants obtained a wire transfer

request from Plaintiffs in the amount $242,334.62, and arranged to have the money transferred

to an account held by Defendants. Additionally, without Plaintiffs' permission or authorization,

Defendant obtained a

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

second wire transfer of $119,718.04 from a second credit union account held by Plaintiffs

through deceptive means and deposited that money into an account held by Defendants.

Defendants, with the illegally obtained funds, are proceeding with the purchase of the Golden

Ct. home. However, Defendants have refused to place Plaintiffs' names as owners on the title of

the home as previously agreed, and Plaintiffs have been excluded from the lending process and

are not named as borrowers on the prospective home loan."

-- SOURCE:  [5 - Verified Complaint], Pg: 3, Item: 14, Line: 17 - 19


---------------------------------------------


**CONTRADICTION IN STATEMENT OR FACT**


Summary:

Plaintiff is shown the Outgoing Domestic Wire Request, dated October 12, 2023, for

$242,314.62.  Officer Essex points to the $242k amount and asks Plaintiff three times if this

number was correct and was the amount she wanted transferred out.   Plaintiff acknowledges it

was accurate.


(QUOTE)

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1 "Officer Essex: "So this number is correct?"…

2 Joell: "Yes, they're both correct."

3 Officer Essex: "So this is the number that you want to transfer it out? This $242,000?"

4 Joell: "For all of it. It was all supposed to go to her."

5 Officer Essex: "I just want to make sure that number is accurate."

6 Linda: "This number is accurate.""

7 -- SOURCE: [BCPD bodycam evidence, video 1, 00:36:21 - 00:37:30]"

8

9

10

11

12

13

14

15

16

17

18

19

20

21 EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
22 PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **145** OF **185**

23

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    **CONTRADICTION NO. 33**

2

3    **PLTF Arranged $119**

4    **- VS -**

5    **Police Investigation Evidence**

6

7    ================================

8

9    **PLAINTIFFS' STATEMENT**

10

11   *Summary:*

12   Linda Cole's statement that she herself authorized the Credit Union to wire a sum of

13   $119,698.04

14

15   (QUOTE)

16   "I also asked that the sum of $119,698.04, held in a second Old West Federal Credit Union

17   account, be transferred to my Chase account."

18

19

20

21   EMERGENCY MOTION TO: - ADMIT EVIDENCE -            ERIC AND SUSAN YOUNG, PRO SE
     PRECLUDE MISLEADING STATEMENTS - ADDRESS                    12402 N Division St #167
22   PLAINTIFFS' CREDIBILITY FAILURES - AMENDED                  Spokane, WA 99218
     PAGE **146** OF **185**                                     PHONE (936-463-8411)
                                                                 eyoung-encrypt@pm.me
23                                                               jaegersmum@gmail.com

1 -- SOURCE:  EX002 DECLARATION LINDA COLE-DFND-000004-000008, Pg: 2, Item: 3,

2 Line: 20


4 ---------------------------------------------


6 **CONTRADICTION IN STATEMENT OR FACT**


8 Summary:

9 Plaintiff's neighbor, Joell Severns, having no first-hand knowledge, offers conjecture, alleging

10 without evidence that Defendant, Susan, impersonated Plaintiff.  Plaintiff agrees, stating "she

11 (Susan) sounds more or less like me"


13 (QUOTE)

14 [Officer Essex Affidavit/Incident Report]:  "After Ted, Linda, and Joell left, I went to Old West

15 Federal Credit Union and spoke with Christy Varner, who is the branch manager at the bank.

16 I spoke with Christy about this situation, which she had been made aware of by other

17 employees.

18 Christy said that she was told by the employee who took the call about this situation and will get

19 me as much information as she can.

21 EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
22 PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **147** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

In summary, Christy told me that Linda was the one verifying her information on the phone calls on October 12 and 16, and did not believe it was Linda's daughter (Susan) pretending to be Linda.

She also stated that there are a lot of safeguards to verify that Linda was indeed the one on the phone.

Christy stated that it was unusual that Linda was not in the bank (in person) when this transaction was made, especially when this amount of money was being transferred.

She also said that Linda was very persistent on the phone, stating she knew what she was doing and was confident in placing her son-in-law (Eric) on the phone to complete the information for the wire transfer."

-- SOURCE:  [2 - BCPD Incident Report], Pg: 5, Line: 45 to Line: 51


---------------------------------------------


ANALYSIS:  The incident report at minimum offers the officer's point of view as he conducted his investigation.  The recorded dialog as cited, taken as what it purports to be, followed by the result off the officer and DA's discussion - to close the incident as 'unfounded' – simply establishes that prima facie, the police deemed the allegations as without merit, and the investigation was then closed.

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **148** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

# EXHIBIT 1 - PART VI of VI

## DEFENDANTS' CATALOG OF PLAINTIFFS DOCUMENTED

## FALSE STATEMENTS IN REQUESTS FOR ADMISSION AND

## CONTRADICTIONS OF SWORN TESTIMONY

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **149** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 34**

**Suppl. Decl - "On or about October 16, 2023"**

**- VS -**

**Text Evidences on 10/16-19/2023**


================================

**PLAINTIFFS' STATEMENT**


Summary:

Plaintiff admits Defendant Susan alerted Plaintiff that the second wire form [sent to Linda by

the Credit Union] had the wrong account filled in by mistake, not Plaintiff's account."


(QUOTE)

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

"On or about October 16, 2023, Susan told me that a "mistake" had been made and the money Ted and I were providing for the down payment for the house was transferred into Eric's account and not my Chase Bank account."

"On the same date, I confronted Eric and Susan about it, and during this conversation, Eric admitted that the money was deposited in his account "by accident""

-- SOURCE:   EX009 SUPPLEMENTAL DEC.-DFND-000180-000196, Pg: 4, Item: 7, Line: 36


----------------------------------------------


**CONTRADICTION IN STATEMENT OR FACT**


Summary:

Text messages and Plaintiffs' own declaration demonstrate that this statement is impossible [Neither Susan nor Eric were present with Linda 10/16/23], that Plaintiff has made no allegations, had not 'confronted' Defendants, demonstrates sworn testimony is a fabrication contradicted by reality


MS. COLE:    Because when she got up and

MS. COLE:    left that same day she saw the gun, she left in the

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **151** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1   MS. COLE:    middle of the night --

2   OFFICER ESSEX    Uh-huh.

3   MS. COLE:    -- in the middle of the

4   MS. COLE:    morning.  But I had heard a noise in the hallway

5   MS. COLE:    which didn't sound like someone going into the

6   MS. COLE:    restroom.  It was a noise like something opening and

7   MS. COLE:    closing.

8   MS. COLE:    So she either had hid -- hidden it, taken

9   MS. COLE:    it during the day and hidden it in the -- somewhere.

10   MS. COLE:    And then she left in the morning without even saying

11   MS. COLE:

12   MS. COLE:    goodbye and drove off, go to Spokane in the dark.

13   MS. SEVERNS:    And she knows this because

14   MS. SEVERNS:    she got up at 1:00 in the morning --

15   OFFICER ESSEX    Uh-huh.

16   MS. SEVERNS:    -- and she was gone already.

17   MS. COLE:    She was already gone.  No

18   MS. COLE:    goodbyes, no nothing.

19   OFFICER ESSEX    Okay.  What day was that?

20   MS. COLE:    I'll have to look at my

21

22

23

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **152** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

| | |
|---|---|
| 1 | MS. COLE:    calendar to see when that was.  Okay.  We've been |
| 2 | MS. COLE:    back here now when? |
| 3 | MS. SEVERNS:      We -- |
| 4 | MS. COLE:    We got back here -- here. |
| 5 | MS. SEVERNS:      That weekend.  Well, because |
| 6 | MS. SEVERNS:      you called me.  I think you called me -- |
| 7 | MS. COLE:    It was -- |
| 8 | MS. SEVERNS:      -- the 24th or the 25th. |
| 9 | MS. COLE:    -- I believe it was around the |
| 10 | MS. COLE:    23rd.  I'm not sure.  But I know it's the same day |
| 11 | MS. COLE:    that her husband and my grandson were going down the |
| 12 | MS. COLE:    Spokane River.  And instead of going down the |
| 13 | MS. COLE:    smaller river, they went down the larger one which |
| 14 | MS. COLE:    would've taken them over Bull and Pitcher where |
| 15 | MS. COLE:    there's all these big huge rocks, and it's like a |
| 16 | MS. COLE:    big waterfall. |
| 17 | MS. COLE: |
| 18 | OFFICER ESSEX      Uh-huh. |
| 19 | MS. COLE:    They were in their kayaks.  And |
| 20 | MS. COLE:    they got into a whirlpool somehow, and they got |

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **153** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

| | |
|---|---|
| 1 | MS. COLE: turned over, and they nearly drowned. And only |
| 2 | MS. COLE: because the river was so low this year that he was |
| 3 | MS. COLE: able to just finally stop fighting it, let himself |
| 4 | MS. COLE: go down to the bottom, and push himself off from the |
| 5 | MS. COLE: bottom up to the top. |
| 6 | MS. COLE: And then he grabbed a hold of my grandson. |
| 7 | MS. COLE: The fire department had to come and get them and |
| 8 | MS. COLE: save them because people out there on the, you know, |
| 9 | MS. COLE: the rocks and -- I mean, the ground and everything, |
| 10 | MS. COLE: they were watching. But they couldn't get in there |
| 11 | MS. COLE: to get them. And they took them home in the fire |
| 12 | MS. COLE: department truck. |
| 13 | OFFICER ESSEX      Uh-huh. |
| 14 | MS. COLE: He had taken my husband's truck |
| 15 | MS. COLE: over there. And he said that he had lost the key in |
| 16 | MS. COLE: the water. Somehow or another when we came up, what |
| 17 | MS. COLE: was it, a couple days later, the truck was there in |
| 18 | MS. COLE: the driveway -- |
| 19 | OFFICER ESSEX      Huh. |
| 20 | MS. COLE: -- in the street. |

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **154** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

| 1 | MS. SEVERNS: | But that made the news.  So |
| 2 | MS. SEVERNS: | -- |
| 3 | MS. SEVERNS: | |
| 4 | MS. COLE: | Yeah. |
| 5 | MS. SEVERNS: | -- we know that this |
| 6 | MS. SEVERNS: | happened for sure. |
| 7 | OFFICER ESSEX | Uh-huh. |
| 8 | MS. SEVERNS: | That'd be in the news. |
| 9 | MS. COLE: | And that was the same night |
| 10 | MS. COLE: | that she left up there.  So I'm -- I'm thinking it |
| 11 | MS. COLE: | was the 23rd of October but you can't -- I can't be |
| 12 | MS. COLE: | absolutely sure.  But I'm pretty sure that was the |
| 13 | MS. COLE: | date. |

14  -- SOURCE:  ROG/RFA Response Narrative / Declaration

15  Text Message Evidence

16

17  EX007 BCPD TRANSCRIPT-DFND-000023-000170, Pg: 21, Line: 14 thru Pg: 24, Line: 10

18

19

20

21  EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
22  PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **155** OF **185**

23

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 35**

**Police Notification**

**- VS -**

**PLTF Suppl. Decl 'Stolen…'**

===============================

**PLAINTIFFS' STATEMENT**

Summary:

Plaintiff notified to come get the stuff they abandoned

(QUOTE)

"Eric said they (Ted and Linda) still have items at their (Eric and Susan's) residence. He told me that he has been trying to call Linda for approximately a week, but Linda will not answer her phone her him.

Eric wanted Linda and Ted to come retrieve the rest of the items. He was not withholding any of their items. I called Linda again and told her that Eric wanted them to retrieve the rest of their items, and Linda told me she will coordinate through her attorney a time and date to go retrieve the remaining items of hers and Teds." - dated November 7, 2023

-- SOURCE: [BCPD Incident Report P202301214, pgs 4 and 5]

---------------------------------------------

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **156** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION IN STATEMENT OR FACT**

Summary:

Self-contradictory, assumes facts, conclusory, and opinion

(QUOTE)

"Eric had taken some of Ted's tools, all of our firearms, the

ammunition for the firearms, and personal papers such as insurance police documents and other "

items of value.

"We also had new furniture, still int the box from the store, that we bought and was

delivered to us for a home remodel that was still in progress on our Baker City home; all of the

new furniture was also taken by Eric."

"We still do not know everything that was taken Eric while

we were gone."

-- SOURCE:  EX009 SUPPLEMENTAL DEC.-DFND-000180-000196, Pg: 3, Item: 7, Line: 34

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 36**

**PLTF Made Phone Call**

**- VS -**

**PLTF changes story to an 'incoming call' – Deposition**

**- VS -**

**"Defendants…deceptive means"**


===============================

**PLAINTIFFS' STATEMENT**


Summary:

Plaintiff admits to an 'incoming call' from the Credit Union - confirming OWFCU process of

only dealing directly with the account owner for processing wire transfers


(QUOTE)

MS. COLE      :    THE DEPONENT:  Well, I don't know how this -- who

MS. COLE:    wrote this up or how it was put in here, but we weren't the

MS. COLE      : ones that initiated the call from the Old West.  They were

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **158** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

MS. COLE      :   the ones that called us.  It was an incoming call.  In here,

MS. COLE      :   it seems to me like it's stating that we made the call to

MS. COLE:  them.  We did not.

-- SOURCE:  Deposition-Linda-Cole, Pg: 156, Item: , Line: 16 - 21


---------------------------------------------


**CONTRADICTION IN STATEMENT OR FACT**


Summary:

Plaintiffs sworn 'verified complaint' repeats the contradiction of Plaintiffs sworn Declaration


(QUOTE)

"Additionally, without Plaintiffs' permission or authorization, Defendant obtained a second

wire transfer of $119,718.04 from a second credit union account held by Plaintiffs through

deceptive means and deposited that money into an account held by Defendants."


-- SOURCE:  [5 - Verified Complaint], Pg: 3, Item: 15, Line: 18


ANALYSIS:  Contradiction

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

**CONTRADICTION NO. 37**

**Only $180k**

**- VS -**

**'Got Upset…Going to take the money out…All of them.  I was taking everything out."**

================================

**PLAINTIFFS' STATEMENT**

Summary:

Linda Cole states in her deposition 'nothing else was supposed to be taken out'

(QUOTE)

MS. COLE     A.  I only had $180,000 that was supposed to be going

MS. COLE     to the down payment on the house.  There was nothing else

MS. COLE     that was supposed to have been taken out of there.

-- SOURCE:  Deposition-Linda-Cole, Pg: 169, Item: , Line: 2 - 4

----------------------------------------------

EMERGENCY MOTION TO: - ADMIT EVIDENCE -
PRECLUDE MISLEADING STATEMENTS - ADDRESS
PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
PAGE **160** OF **185**

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    **CONTRADICTION IN STATEMENT OR FACT**

2    Summary:

3    Linda Cole contradicts her own deposition testimony of some minutes earlier

4

5    (QUOTE)

6    MS. COLE:     A.  We were to put a certain amount of money down on

7    MS. COLE:     that house, and everything was going fine until things got

8    MS. COLE:     going south and they said that we couldn't do it.  And so

9    MS. COLE:     they were telling us that we're going to lose the house if

10   MS. COLE:     we don't get this thing done right now.  So I thought, well,

11   MS. COLE:     okay, I got to -- I got to make, you know, I was upset

12   MS. COLE:     because they wouldn't allow the transfer.  So I told them, I

13   MS. COLE:     said I'm -- I'm just going to take the money out of the

14   MS. COLE:     account and put it in the Chase Bank.

15   MR. MENSIK:        Q.  Okay.  When you say, "The money out of the

16   MR. MENSIK:        account" which account?

17   MS. COLE:     A.  The Old West.

18   MS. YOUNG: Q.  Okay.  And was that out of both accounts?

19   MS. COLE:     A.  Yes.  All of them.  I was taking everything out.

20

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

-- SOURCE:  Deposition-Linda-Cole, Pg: 192, Item: , Line: 22

to

 Deposition-Linda-Cole, Pg: 193, Item: , Line: 10


----------------------------------------------


ANALYSIS:  PLTF has manufactured a consistent lie throughout declarations and complaint

(as PLTFs' counsel was duped by his client and propagated false testimony to the court);


Reality was exposed in PLTFs deposition"

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    **CONTRADICTION NO. 38**

2

3    **PLTF - Police -Accuse - Stole Dog**

4    **- VS -**

5    **PLTF Stated:  "Dog Will Stay Here"**

6

7    ================================

8

9    **PLAINTIFFS' STATEMENT**

10

11   Summary:

12   PLTF 1st Allegation - Theft of Dog - To Police

13    1 - BCPD Video -  'would not let me have the dog'...'they took it'

14

15   (QUOTE)

16   MS. COLE:     Okay.  That was a little dog

17   MS. COLE:     that they gave to me because my -- my sister died on

18   MS. COLE:     a Saturday.  My -- my best friend that I've had for

19   MS. COLE:     53 years, her husband

20   MS. COLE:     -- and they're both our dearest friends -- he died

21   EMERGENCY MOTION TO: - ADMIT EVIDENCE -
     PRECLUDE MISLEADING STATEMENTS - ADDRESS
22   PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
     PAGE **163** OF **185**

                                         ERIC AND SUSAN YOUNG, PRO SE
                                                12402 N Division St #167
                                                   Spokane, WA 99218
                                            PHONE (936-463-8411)
23                                          eyoung-encrypt@pm.me
                                            jaegersmum@gmail.com

1    MS. COLE:      the next day.

2    OFFICER ESSEX      Uh-huh.

3    MS. COLE:      And it was very shocking to me

4    MS. COLE:      and very emotional. I was really sad about it. And

5    MS. COLE:      so they got this dog for me. Made such a big

6    MS. COLE:      production of it at the house and everything like

7    MS. COLE:      that. Took videos of it and pictures and how I

8    MS. COLE:      reacted and -- and when we left, they would not let

9    MS. COLE:      me have the dog.

10   MS. COLE:      I paid all the vet bills, everything. She

11   MS. COLE:      said it was registered in my name which I never saw

12   MS. COLE:      the papers. I don't even know if it was registered

13   MS. COLE:      in my name. But it was my dog.

14   OFFICER ESSEX      Right.

15   MS. COLE:      We had her here, everything

16   MS. COLE:      But that dog --

17   MS. COLE:      was so comforting me. And

18   MS. COLE:      the dog took up with me immediately. Nobody else.

19   MS. COLE:      Just me. Was really bonding with me. They took it.

20   MS. COLE:      They -- they wouldn't let me have her back. They

21   EMERGENCY MOTION TO: - ADMIT EVIDENCE -
     PRECLUDE MISLEADING STATEMENTS - ADDRESS
22   PLAINTIFFS' CREDIBILITY FAILURES - AMENDED
     PAGE **164** OF **185**
23

ERIC AND SUSAN YOUNG, PRO SE
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me
jaegersmum@gmail.com

1    MS. COLE:    were downstairs when we left.  They wouldn't even

2    MS. COLE:    let me say goodbye to my grandson because she

3    MS. COLE:    already turned me against him.  And the only one

4    MS. COLE:    that I'll talk to was him.  [corrected:  And only the one they talked to was him.

5    [points to / referring to Ted] ]

6    -- SOURCE:  EX007 BCPD TRANSCRIPT-DFND-000023-000170, Pg: 116, Line 4 - Pg: 117,

7    Line 7

8

9    ---------------------------------------------

10

11   **CONTRADICTION IN STATEMENT OR FACT**

12

13   Summary:

14   PLTF:  The dog will stay here…not kidnapping your dog

15

16   (QUOTE)

17   '0:52:03    Linda  And we know that the dog will stay here.

18   '0:52:05    Susan  Well, [sighs] you guys are all over the place…

19   '0:52:07    Linda  she has everything upstairs

20   '0:52:09    Susan  things are all over the place

21

     ERIC AND SUSAN YOUNG, PRO SE
     12402 N Division St #167
     Spokane, WA 99218
     PHONE (936-463-8411)
     eyoung-encrypt@pm.me
23   jaegersmum@gmail.com