# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>ERIC ROSS YOUNG and<br>SUSAN LINETTE YOUNG,<br>Debtors | CASE NO. 25-01029-FPC7<br><br>CHAPTER 7<br><br>ADVERSARY NO. 25-80037-FPC |
| LINDA COLE and TED COLE,<br>Plaintiffs<br>v.<br><br>ERIC ROSS YOUNG and<br>SUSANANN LYNETTE YOUNG<br>Defendants<br><br>(removed from Spokane County Superior Court, Case No. 23-2-04734-32) | LOCAL FORM LF4001-1<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR REMAND AND ABSTENTION |

The Court, having considered Plaintiffs' Motion for Remand and Abstention and Defendants' Opposition, and good cause appearing,

IT IS ORDERED that:

1. Plaintiffs' Motion for Remand and Abstention is DENIED.

2. Adversary Proceeding No. 25-80037-FPC shall remain before this Court for further proceedings, including resolution of Debtors' forthcoming motions under FRBP 7065/9024 (dissolution/voidness of pre-removal injunctions) and FRBP 7054/7052 (revision of interlocutory findings and request for § 157(c)(1) proposed findings).

3. Scheduling and hearing dates for those motions will be determined under separate notice and motion to shorten time, as provided by the Rules and Local Bankruptcy Rule 9013-1(f).

4. All other relief is reserved to the separately noticed motions.

Based upon the motion, and upon consideration of the documents and evidence presented,

/// END OF ORDER ///

Presented by:

*/s/ Eric R. Young and Susan L. Young*
ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
EMAIL eyoung-encrypt@pm.me :: jaegersmum@proton.me