ERIC AND SUSAN YOUNG
12402 N Division St #167
Spokane, WA 99218
PHONE (936-463-8411)
EMAIL eyoung-encrypt@pm.me
        jaegersmum@proton.me

Defendants Pro Se

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>Eric Young and<br>Susan Young,<br>      Debtors | CASE NO. 25-01029-FPC7<br><br>CHAPTER 7<br><br>ADVERSARY NO. 25-80037-FPC |
| Linda Cole and Ted Cole,<br>      Plaintiffs,<br>v.<br>Eric Young and Susan Young,<br>Defendants<br><br>(removed from Spokane County Superior<br>Court, Case No. 23-2-04734-32) | DEFENDANTS' NOTICE OF RENEWAL<br>OF PENDING STATE COURT MOTIONS<br>AND OBJECTION TO REMAND |

**PLEASE TAKE NOTICE**

that Defendants Eric R. Young and Susan L. Young hereby provide notice to the

Court that the following dispositive and sanctions motions, filed in the Superior

Court of Washington for Spokane County prior to the removal/commencement of

this action, remain pending, undecided, and ripe for adjudication.

DEFENDANTS' NOTICE OF RENEWAL OF PENDING
STATE COURT MOTIONS AND OBJECTION TO
REMAND
Page 1 of 6

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

## I. AUTHORITY FOR RENEWAL

Pursuant to 28 U.S.C. § 1450, all injunctions, orders, and other proceedings had in such action prior to its removal remain in full force and effect until dissolved or modified by this Court. *See Granny Goose Foods, Inc. v. Bhd. of Teamsters*, 415 U.S. 423, 437 (1974). Consequently, the unfinished business of the State Court is now pending before this Court.

Defendants RENEW these motions and respectfully request that this Court adjudicate them pursuant to its supplemental jurisdiction under 28 U.S.C. § 1367, its "Core Proceeding" jurisdiction under 28 U.S.C. § 157(b)(2), and its inherent authority to address fraud on the court.

## II. PENDING MOTIONS RENEWED HEREIN

Defendants request rulings on the following motions which address fundamental jurisdictional and due process defects in the underlying state court proceedings:

1. **Offer of Proof (ER 103(a)(2)):** Proffering specific documentary and testimonial evidence that was improperly excluded or suppressed in the State Court proceedings.

DEFENDANTS' NOTICE OF RENEWAL OF PENDING
STATE COURT MOTIONS AND OBJECTION TO
REMAND
Page 2 of 6

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

2. **Motion for Leave to Supplement the Record:** Seeking admission of material transaction records, including bank logs and receipts refuting Plaintiffs sworn testimony, necessary for a complete and just record and for appellate preservation.

3. **Motion to Dissolve Injunction (CR 65):** Seeking to vacate the Preliminary Injunction issued by the State Court on the grounds that it is void *ab initio* for failure to require the mandatory security bond as strictly required by Fed. R. Civ. P. 65(c) and RCW 7.40.080.

4. **Motion for Reconsideration (CR 52(b)):** Challenging the non-final State Court Findings of Fact and Conclusions of Law based on manifest error and newly discovered evidence suppressed by Plaintiffs. **(Note: The pendency of this motion legally suspends the finality of the State Court findings relied upon in this Adversary Proceeding).**

5. **Motion for Sanctions (CR 11):** Against Attorney Michael Merritt for filing a Verified Complaint and motions for seizure lacking factual basis, specifically regarding the demonstrably false allegations of "dog theft" and "RV ownership" which were refuted by objective evidence.

DEFENDANTS' NOTICE OF RENEWAL OF PENDING
STATE COURT MOTIONS AND OBJECTION TO
REMAND
Page 3 of 6

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

25-80037-FPC    Doc 26    Filed 02/11/26    Entered 02/11/26 13:39:56    Pg 3 of 6

6. **Motion for Sanctions (CR 11):** Against Attorney Matthew Mensik for ratifying and advocating the aforementioned false allegations in violation of his duty of candor to the tribunal, particularly after receiving dispositive evidence (audio recordings and title documents) contradicting the claims.

## III. OBJECTION TO REMAND

Defendants categorically OBJECT TO REMAND of this action, and restate and reference here Defendants' position set forth in their 'Opposition to Plaintiffs' Motion to Remand...', (Doc. 21 and 22) filed December 1, 2025. Remand is inappropriate because the State Court has demonstrated manifest disinterest in protecting Defendants' federal due process rights, as evidenced by the issuance of bondless - and therefore void - injunctions, and multiple due process violations and other unlawful orders, made without jurisdiction under those void orders. The state court itself has violated judicial canon by making personal threats of criminal prosecution in a civil case, while supporting Plaintiffs and their counsel with active suppression of material evidence prejudicial to the defense. These are documented actions of actual bias, captured over the last 15 months by Defendants' contemporaneous court filings, seen as their only hope of preserving defenses and objections in a judicial system that has already proven it is willing

DEFENDANTS' NOTICE OF RENEWAL OF PENDING STATE COURT MOTIONS AND OBJECTION TO REMAND
Page 4 of 6

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

to be seduced by fiction, rhetoric, and subjective optics, rather than the truth in the documentary record.

Defendants respectfully request, in the interests of equity and fairness, that this Court RETAIN JURISDICTION to:

1. **Dissolve** the void State Court Injunction to prevent the enforcement of an illegal order; and

2. **Adjudicate** the pending Motions, as the fraudulent conduct by Plaintiffs' counsel in State Court was the direct precursor to the abuse of process committed in this Bankruptcy Court.

Respectfully Submitted,

Dated: February 11, 2026

/s/    *Eric Young*        /s/ *Susan Young*
        Eric Young        Susan Young

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me

# I. CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I delivered the original of the foregoing document to the Clerk of the United States Bankruptcy Court for the Eastern District of Washington for filing. On the same date I caused true and correct copies to be served as follows:

By First-Class Mail:
> Matthew Mensik
> Riverside NW Law Group
> 505 W. Riverside Ave. Suite 208
> Spokane, WA 99201
> Courtesy Copy by Email:
> mam@rnwlg.com


Trustee John D. Munding
via email:
John@mundinglaw.com




DATED this 11th day of February, 2026, at Spokane, WA.

/s/ Eric R. Young and Susan L. Young

ERIC AND SUSAN YOUNG - Defendants Appearing Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
EMAIL eyoung-encrypt@pm.me
jaegersmum@proton.me

DEFENDANTS' NOTICE OF RENEWAL OF PENDING
STATE COURT MOTIONS AND OBJECTION TO
REMAND
Page 6 of 6

ERIC AND SUSAN YOUNG - Defendants Pro Se
12402 N Division St #167 :: Spokane, WA 99218
PHONE (936-463-8411)
eyoung-encrypt@pm.me - jaegersmum@proton.me